# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: **RICHARD K. DONAHUE** | MISC. BUSINESS DOCKET<br>NO.: 06-mc-10482 |

## ORDER OF TERM SUSPENSION
## RETROACTIVE TO DECEMBER 7, 2006

WHEREAS, the Supreme Judicial Court for the Commonwealth of Massachusetts has caused to be filed with this Court a certified copy of an Order of Term Suspension with respect to the aforementioned attorney.

WHEREAS, on December 27, 2006, Notice of said filing was delivered by certified mail to **RICHARD K. DONAHUE,** along with a copy of said filing, an Order to Show Cause, and a copy of Local Rule 83.6.

WHEREAS, **RICHARD K. DONAHUE** has failed to respond within thirty days.

WHEREFORE, pursuant to subsection (2)(D) of Local Rule 83.6 this Court hereby imposes the identical discipline, and **RICHARD K. DONAHUE** is hereby suspended for the period of three years retroactive to December 7, 2006 from the practice of law before this Court pending further order of the Court.

DATED: February 6, 2007

MARK L. WOLF
CHIEF JUDGE